Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: (316) 688-1166
Fax: (316) 686-1077
Trial.Lawyers@huttonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-3660 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| The Estate of Clarence King, et al.,<br><br>                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>                    Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Della J. Ray in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice as to the plaintiff named herein

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By: _____

HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE