Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-10773
trial.lawyers@huttonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-3660 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Bryer** |
| The Estate of Clarence King, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Bobby J. Larkins, Brenda J. Bell and Hayden Vincent Phebus in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 2/25, 2010 | By: /s/ M B Hutton |
| 2 | | **HUTTON & HUTTON LAW FIRM, L.L.C.**<br>8100 East 22nd Street North |
| 3 | | Building 1200<br>P.O. Box 638 (67201) |
| 4 | | Wichita, KS 67226<br>Telephone: 316-688-1166 |
| 5 | | Fax: 316-686-1077<br>trial.lawyers@huttonlaw.com |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: March 16, 2010 | By: /s/ |
| 8 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 9 | | New York, NY 10020<br>Telephone: 212-335-4500 |
| 10 | | Fax: 212-335-4501 |
| 11 | | *Defendants' Liaison Counsel* |

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: April 5, 2010      By: /s/
Hon. Charles R. Breyer
United States District Court